# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**PRESTON VICK VANCE, JR.**                                              **PLAINTIFF**
**ADC #171953**

**v.**                                    **No: 3:23-cv-00129-BSM-PSH**

**P. McCOWN**[1]                                                          **DEFENDANT**

## ORDER

Having reviewed Plaintiff Preston Vick Vance, Jr.'s Amended Complaint (Doc. No. 4) for screening purposes,[2] it appears that service is appropriate as to his claims against Chaplain P. McCown.  The Clerk of the Court shall prepare a summons for McCown, and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 4) and a summons on McCown without

---

[1] Chaplain P. McCown is the only defendant listed in Vance's amended complaint (Doc. No. 4).  Accordingly, the Clerk of Court is directed to remove all other defendants on the docket for this case.

[2] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

prepayment of fees and costs or security therefor.  McCown should be served

through the ADC Compliance Division.[3]

IT IS SO ORDERED this 21st day of June, 2023.

 

_____
UNITED STATES MAGISTRATE JUDGE

---

[3]  If the defendant is no longer an ADC employee, the individual responding to service must file a **SEALED** Statement providing the unserved defendant's last known private mailing address.

2