# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**PRESTON VICK VANCE, JR**                                              **PLAINTIFF**
**ADC #171953**

**v.**                              **CASE NO. 3:23-CV-00129-BSM**

**PATRICK McCOWN**                                              **DEFENDANT**

## <u>ORDER</u>

Defendant Patrick McCown has filed his answer to plaintiff Preston Vick Vance, Jr.'s

second amended complaint, in accordance with Magistrate Judge Patricia S. Harris's August

28, 2023 order.  Doc. No. 18.   Accordingly, McCown's motion to dismiss [Doc. No. 11] is

denied as moot.

IT IS SO ORDERED this 28th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE