IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PRESTON VICK VANCE, JR**  **PLAINTIFF**
**ADC #171953**

v.   CASE NO. 3:23-CV-00129-BSM

**PATRICK McCOWN**  **DEFENDANT**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Patricia S. Harris's proposed findings and partial recommendation [Doc. No. 9] is adopted, and Vance's motion for a preliminary injunction [Doc. No. 7] is denied.

IT IS SO ORDERED this 29th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE