# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**PRESTON VICK VANCE, JR.**                                                              **PLAINTIFF**
*ADC #171953*

v.                           CASE NO. 3:23-CV-00129-BSM-PSH

**PATRICK McCOWN**
*Chaplain, North Central Unit, ADC*                                                  **DEFENDANT**

## ORDER

After *de novo* review of the record, Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 55] is adopted and Patrick McCown's motion for summary judgment [Doc. No. 39] is denied because genuine issues of fact remain as to whether McCown was aware of the extortion and threats of physical violence alleged by Vance. These questions should be determined by a jury.

IT IS SO ORDERED this 18th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE