IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PRESTON VICK VANCE, JR.**                                                                 **PLAINTIFF**
**ADC #171953**

v.                               CASE NO. 3:23-CV-00129-BSM

**PATRICK McCOWN**                                                                           **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE